```
                       United States Bankruptcy Court
                         Middle District of Florida

In re:                                                        Case No. 07-12991-KRM
Johnnie Jones                                                 Chapter 13
Ruth M Jones
         Debtors                    CERTIFICATE OF NOTICE

District/off: 113A-8          User: frensj             Page 1 of 3            Date Rcvd: Jan 14, 2014
                              Form ID: B18W            Total Noticed: 67


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 16, 2014.
db/jdb     +Johnnie Jones, Jr,   Ruth M Jones,   1054 40th Street,   Sarasota, FL 34234-4322
cr         +BAC Home Loans Servicing, L.P. fka Countrywide Hom,   2380 Performance Dr. Bldg C Mail Stop: R,
             Richardson, TX 75082-4333
cr         +BANK OF AMERICA, N.A.,    c/o R. Mark Peery,   6 Nashua Court, Suite D,   Baltimore, MD 21221-3124
cr         +Bank of America, N.A., successor by merger to BAC,   2380 Performance Dr. Bldg C Mail Stop: R,
             Richardson, TX 75082-4333
14106561    Accounts Receivable Manageme,   PO Box 129,   Thorofare NJ 08086-0129
18611671   +BAC Home Loan Servicing, LP,   Bankruptcy Department,   2380 Performance Drive,
             Mail Stop TX2-984-05-03,   Richardson, TX 75082-4333
23188497   +Bank of America, N.A.,   c/o R Mark Peery, Esq,   6 Nashua Ct, Ste D,   Baltimore, MD 21221-3124
14106566   +Brian R. Pingor, Esquire,   1601 East Bay Drive, Ste 2,   Largo FL 33771-5616
14106567   +Brinks Home Security,   Collection Department,   8880 Esters Blvd,   Irving TX 75063-2406
14106569   +CCB Credit Services, Inc.,   PO Box 272,   Springfield IL 62705-0272
14106571   +Cit/Fhut,   6250 Ridgewood Road,   St Cloud MN 56303-0820
14106572    Collectech Systems,   PO Box 4157,   Woodland Hills CA 91365
14638857   +Countrywide,   450 American St,   Simi Valley CA 93065-6285
14106573   +Countywide Home Loans, Inc,   Bankruptcy Department,   Mail Stop PTX-C-35,   7105 Corporate Drive,
             Plant, TX 75024-4100
14106574   +Crain, Georgopullos,   2477 Stickney Pt Rd  Associates, Inc Ste,   Sarasota FL 34231-4076
14331723   +Fingerhut Direct Marketing Inc. CIT Bank,   6250 Ridgewood Rd,   St. Cloud, MN 56303-0820
14106575    Florida Ear & Sinus Center,   1901 Floyd Street,   Sarasota FL 34239-2932
14106576   +Florida Urology Specialists,   PO Box 49317,   Sarasota FL 34230-6317
19659678   +JEFFERSON CAPITAL SYSTEMS LLC,   PO BOX 7999,   ST CLOUD MN 56302-7999
14106583   +Lincare Inc,   PO Box 5087,   Clearwater FL 33758-5087
14106584   +Maf Collection Service,   134 S Tampa St,   Tampa FL 33602-5354
14106587   +Nco Group Fin Systems,   Po Box 182965,   Columbus OH 43218-2965
14106588   +Northland Group Inc.,   PO Box 390846,   Minneapolis MN 55439-0846
14108721   +Office of US Attorney,   Attn Civil Process Clerk,   400 North Tampa St Suite 3200,
             Tampa FL 33602-4774
14106589   +Omnium Worldwide Inc,   PO Box 956842,   Saint Louis MO 63195-6842
14106592    PAMS Inc,   5924 E Los Angeles Ave,   Suite P,   Simi Valley CA 93063-5526
14106593    Park Dansan,   113 W 3rd Ave,   PO Box 248,   Gastonia NC 28053-0248
14106594   +Paul J. Leichter, MD,   3920 Bee Ridge Rd,   Sarasota FL 34233-1207
14106595    Prestige Imaging LLC,   PO Box 919028,   Orlando FL 32891-9028
14106596   +Randy J Silverstine, MD, PA,   1215 East Ave S, Ste 210,   Sarasota FL 34239-2353
14106597    Sarasota Emergency Associate,   PO Box 116839,   Atlanta GA 30368-1010
14106598   +Sarasota Memorial Hospital,   PO Box 863414,   Orlando FL 32886-3414
14106599   +Sarasota Municipal Emp,   1558 1st St,   Sarasota FL 34236-8502
14342315   +Sarasota Municipal Employees Credit Union,   c/o R. John Cole, II, P.A.,
             46 N. Washington Blvd, Suite 24,   Sarasota, FL 34236-5928
14106600   +Sleep Medicine Specialists,   4411 Bee Ridge Rd 440,   Sarasota FL 34233-2514
14106603   +W & A Recovery Servi,   5350 Spectrum Drive Suite J,   Frederick MD 21703-7356

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr         +EDI: RECOVERYCORP.COM Jan 14 2014 22:43:00      GE Money Bank,   25 SE 2nd Avenue, Suite 1120,
             Miami, Fl 33131-1605
cr          EDI: AIS.COM Jan 14 2014 22:43:00      Midland Funding LLC by American InfoSource LP as a,
             Attn: Department 1,   PO Box 4457,   Houston, TX  77210-4457
cr         +EDI: PRA.COM Jan 14 2014 22:43:00      PRA  Receivables Management LLC,   POB 41067,
             Norfolk, VA 23541-1067
14106564    EDI: APPLIEDBANK.COM Jan 14 2014 22:43:00      Applied Bank,   800 Delaware Ave,
             Wilmington DE 19801
14106562   +EDI: AFNIRECOVERY.COM Jan 14 2014 22:43:00      Afni, Inc.,   Po Box 3427,
             Bloomington IL 61702-3427
14106563   +EDI: AFNIRECOVERY.COM Jan 14 2014 22:43:00      Afni-Bloom,   404 Brock Dr  Po Box 3097,
             Bloomington IL 61701-2654
14106565    EDI: APPLIEDBANK.COM Jan 14 2014 22:43:00      Applied Bank,   PO Box 17120,
             Wilmington DE 19886-7120
14106568    EDI: CAPITALONE.COM Jan 14 2014 22:43:00      Cap One Bk,   Po Box 85520,   Richmond VA 23285
14137293    EDI: CAPITALONE.COM Jan 14 2014 22:43:00      Capital One Bank,   C/O TSYS DEBT MANAGEMENT,
             PO BOX 5155,   NORCROSS, GA  30091
14106570    EDI: CCS.COM Jan 14 2014 22:43:00      CCS,   Payment Processing Center,   PO Box 55126,
             Boston MA 02205-5126
14108722    EDI: FLDEPREV.COM Jan 14 2014 22:43:00      Department of Revenue,   PO Box 6668,
             Tallahassee FL 32314-6668
14251014    EDI: FORD.COM Jan 14 2014 22:43:00      Ford Cred,   Po Box Box 542000,   Omaha NE 68154-8000
14106577   +E-mail/Text: Bankruptcynotices2@kasslaw.com Jan 14 2014 22:52:44      Ford Motor Credit Company LLC,,   a Delaware Limited Liability Co,   c/o Brad W Hissing, Esq,
             PO Box 800,   Tampa, FL 33601-0800
14106578   +E-mail/Text: bankruptcy@gulfcoastcollection.com Jan 14 2014 22:53:42      Gulf Coast Collection,
             5630 Marquesas Cir,   Sarasota FL 34233-3331
14106580   +EDI: HFC.COM Jan 14 2014 22:43:00      Hsbc Nv,   Po Box 19360,   Portland OR 97280-0360
```

```
District/off: 113A-8           User: frensj                Page 2 of 3                    Date Rcvd: Jan 14, 2014
                               Form ID: B18W               Total Noticed: 67
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
14108720       EDI: IRS.COM Jan 14 2014 22:43:00      Internal Revenue Service,    P.O. Box 21126,
                Philadelphia, PA 19114
14106581       EDI: IRS.COM Jan 14 2014 22:43:00      Internal Revenue Service,    PO Box 105017,
                Atlanta GA 30348-5017
19659678      +EDI: JEFFERSONCAP.COM Jan 14 2014 22:43:00       JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,
                ST CLOUD MN 56302-7999
14106582      +EDI: PHINPLAZA.COM Jan 14 2014 22:43:00      Law Offices Mitchell N. Kay,
                7 Penn Plaza - 18th Floor,    New York NY 10001-3967
14106585       E-mail/Text: NotificationEmail.atlcbo@uhsinc.com Jan 14 2014 22:53:43
                Manatee Memorial Hospital,    PO Box 404413,    Atlanta GA 30384-4413
23358190       EDI: AIS.COM Jan 14 2014 22:43:00      Midland Funding LLC,    by American InfoSource LP as agent,
                Attn: Department 1,    PO Box 4457,    Houston, TX  77210-4457
15644506      +E-mail/Text: bknotice@ncmllc.com Jan 14 2014 22:54:34      National Capital Management, LLC,
                8245 Tournament Drive,    Suite 230,    Memphis, TN 38125-1741
14106586      +E-mail/Text: bankruptcydepartment@ncogroup.com Jan 14 2014 22:54:56      Nco Fin/09,
                507 Prudential Rd,    Horsham PA 19044-2308
14106590      +E-mail/Text: bankruptcydepartment@ncogroup.com Jan 14 2014 22:54:56      Osi Collection Service,
                231 N Kentucky Ave,    Lakeland FL 33801-4910
17729871       EDI: PRA.COM Jan 14 2014 22:43:00      Portfolio Recovery Associates, LLC,    PO Box 41067,
                Norfolk VA 23541
14130415       EDI: RECOVERYCORP.COM Jan 14 2014 22:43:00       Recovery Management Systems Corporation,
                25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
14247205      +EDI: RECOVERYCORP.COM Jan 14 2014 22:43:00       Recovery Management Systems Corporation,
                For Independence Receivables,    As Assignee of PROVIDIAN,    25 SE 2nd Avenue, Suite 1120,
                Miami FL 33131-1605
14239319       EDI: RESURGENT.COM Jan 14 2014 22:43:00      Roundup Funding, LLC,    MS 550,    PO Box 91121,
                Seattle, WA 98111-9221
14108723      +E-mail/Text: ustpregion21.tp.ecf@usdoj.gov Jan 14 2014 22:55:35       United States Trustee,
                Timberlake Annex Suite 1200,    501 E. Polk Street,    Tampa FL 33602-3949
14106601       EDI: AFNIVZCOMBINED.COM Jan 14 2014 22:43:00       Verizon Florida Inc,    Po Box 165018,
                Columbus OH 43216
14488467      +EDI: AFNIVZCOMBINED.COM Jan 14 2014 22:43:00       Verizon Florida Inc.,    404 Brock Drive,
                Bloomington, Il 61701-2654
14417131       EDI: ECAST.COM Jan 14 2014 22:43:00       eCAST Settlement Corporation assignee of,
                HSBC Bank Nevada and its Assigns,    POB 35480,    Newark NJ 07193-5480
                                                                                               TOTAL: 32
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Ford Motor Credit
cr*             +BAC Home Loan Servicing, LP,    Bankruptcy Department,    2380 Performance Drive,
                  Mail Stop TX2-984-05-03,    RICHARDSON, TX 75082-4333
cr*             +JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    ST CLOUD, MN 56302-7999
cr*             +National Capital Management, LLC,    8245 TOURNAMENT DRIVE,    SUITE 230,    MEMPHIS, TN 38125-1741
cr*             +Sarasota Municipal Employees Credit Union,    c/o R. John Cole, II, P.A.,
                  46 N. Washington Blvd., Suite 24,    Sarasota, FL 34236-5928
14250297*       +Ford Motor Credit Company LLC,,    a Delaware Limited Liability Co,    c/o Brad W Hissing, Esq,
                  PO Box 800,    Tampa, FL 33601-0800
14106579       ##+Heart Specialists Sarasota,    1852 Hillview #308,    Sarasota FL 34239-3637
14106591       ##+Owen Motors,    2134 N Washington Blvd,    Sarasota FL 34234-7531
14106602       ##+Vista Therapy Center,    1945 Versailles Street,    Sarasota FL 34239-6900
                                                                                              TOTALS: 1, * 5, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2014                              Signature:  /s/Joseph Speetjens

```
District/off: 113A-8            User: frensj              Page 3 of 3              Date Rcvd: Jan 14, 2014
                                Form ID: B18W             Total Noticed: 67
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 14, 2014 at the address(es) listed below:
              Amy C Boohaker    on behalf of Debtor Johnnie  Jones, Jr ab@boohakerlaw.com,
               ecf@boohakerlaw.com;boohakermail@gmail.com
              Amy C Boohaker    on behalf of Joint Debtor Ruth M Jones ab@boohakerlaw.com,
               ecf@boohakerlaw.com;boohakermail@gmail.com
              Brad W. Hissing    on behalf of Creditor   Ford Motor Credit bankruptcynotices@kasslaw.com,
               bankruptcynotices@yahoo.com
              R. John Cole, II    on behalf of Creditor   Sarasota Municipal Employees Credit Union
               rjc@rjcolelaw.com,   courtney@rjcolelaw.com;rjcolelaw@aol.com;rc3@rjcolelaw.com
              Robert M Peery    on behalf of Creditor    BANK OF AMERICA, N.A. mpeery@closingsource.net,
               ohare@closingsource.net;gwise@closingsource.net;flecf@closingsource.net
              Terry E Smith    ecf@ch13tampa.com
                                                                                             TOTAL: 6
```

B18W (Form 18W) (08/07)

# United States Bankruptcy Court

Middle District of Florida

Case No.  8:07−bk−12991−KRM

**Chapter 13**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Johnnie Jones Jr  
1054 40th Street  
Sarasota, FL 34234

Ruth M Jones  
aka Ruth M Davis  
1054 40th Street  
Sarasota, FL 34234

Social Security No.:  
xxx−xx−0578

xxx−xx−5699

Employer's Tax I.D. No.:

## DISCHARGE OF DEBTOR AFTER COMPLETION OF CHAPTER 13 PLAN

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 1328(a) of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

Dated: January 14, 2014

_____  
K. Rodney May  
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

FORM B18W continued (08/07)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 13 CASE

This court order grants a discharge to the person named as the debtor after the debtor has completed all payments under the chapter 13 plan. It is not a dismissal of the case.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 13 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt is provided for by the chapter 13 plan or is disallowed by the court pursuant to section 502 of the Bankruptcy Code.

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 13 bankruptcy case are:

a. Domestic support obligations;

b. Debts for most student loans;

c. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

d. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

e. Debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual (in a case filed on or after October 17, 2005);

f. Debts provided for under section 1322(b)(5) of the Bankruptcy Code and on which the last payment is due after the date on which the final payment under the plan was due;

g. Debts for certain consumer purchases made after the bankruptcy case was filed if prior approval by the trustee of the debtor's incurring the debt was practicable but was not obtained;

h. Debts for certain taxes to the extent not paid in full under the plan (in a case filed on or after October 17, 2005); and

i. Some debts which were not properly listed by the debtor (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**